DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. COURSON

No. 102 PC.

Case below: 27 N.C. App. 268.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975. Appeal dismissed ex mero motu 2 December 1975.

## STATE v. CRAWFORD

No. 117 PC.

Case below: 27 N.C. App. 414.

Petition for discretionary review under G.S. 7A-31 denied 17 December 1975.

## STATE v. LITTLE

No. 139 PC.

Case below: 27 N.C. App. 467.

Petition for discretionary review under G.S. 7A-31 denied 17 December 1975.

## STATE v. MULWEE

No. 119 PC.

Case below: 27 N.C. App. 366.

Petition for discretionary review under G.S. 7A-31 denied 17 December 1975.

## STATE v. PEARSON

No. 97 PC.

Case below: 27 N.C. App. 157.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 December 1975.